NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REG SYNTHETIC FUELS, LLC,**
*Appellant*

v.

**NESTE OIL OYJ,**
*Appellee*

---

15-1773
(Serial no. IPR2013-00578 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

### O R D E R

Upon consideration of the Appellant, REG Synthetic Fuels, LLC's unopposed motion to extend time to file the principal brief until September 23, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                                    FOR THE COURT

August 7, 2015           /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court